MEYER BEHRMAN, Respondent, *v.* AARON BENDERSKY, Appellant.

(Argued February 15, 1929; decided March 19, 1929.)

*Daniel Eberstein, Max Rosner* and *Leon Forst* for appellant.

*Irving Lemov* and *Samuel Juster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.